United States District Court
Northern District of Texas
Dallas Division

| | |
|---|---|
| OVERSEAS FRIENDS OF THE BJP–USA,<br><br>    *Plaintiff*<br><br>v.<br><br>OVERSEAS FRIENDS OF BJP, RAMESH ANNAMREDDY, VASUDEV PATEL, ADAPA V. PRASAD, VIJAY CHAUTHAIWALE,<br><br>    *Defendant* | Case No. 3:24-CV-01570-X |

## Notice of Appearance

Notice is given that Casey Griffith of Griffith Barbee PLLC is appearing as counsel for Defendants Overseas Friends of BJP, Ramesh Annamreddy, Vasudev Patel, and Adapa V. Prasad. His contact information is below:

    Casey Griffith
    Texas Bar No. 24036687
    Casey.Griffith@griffithbarbee.com

    Griffith Barbee PLLC
    One Arts Plaza
    1722 Routh St., Ste. 910
    Dallas, Texas 75201
    (214) 446-6020 | main
    (214) 446-6021 | fax

July 18, 2024                                                                                     Respectfully submitted,

**GRIFFITH BARBEE PLLC**

/s/ *Casey Griffith*

Casey Griffith
Texas Bar No. 24036687
Casey.Griffith@griffithbarbee.com

Ashley Norton
Texas Bar No. 24105886
Ashley.Norton@griffithbarbee.com

One Arts Plaza
1722 Routh St., Ste. 910
Dallas, Texas 75201
(214) 446-6020 | main
(214) 446-6021 | fax

**Counsel for Defendants Overseas Friends of BJP, Ramesh Annamreddy, Vasudev Patel, and Adapa V. Prasad**

## CERTIFICATE OF SERVICE

The undersigned certifies this document was filed electronically in compliance with Local Rule 5.1. As such, it was served on all counsel of record on July 18, 2024.

/s/ *Casey Griffith*

Casey Griffith